LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)



NEW JERSEY OFFICE
130 POMPTON AVENUE
VERONA, NJ 07044
(973) 239-4300

NEW YORK OFFICE
48 WALL STREET, 5TH FLOOR
NEW YORK, NY 10005
(646) 779-2746

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

*Via Ecf*                                                                 March 2, 2017

Honorable Jesse M. Furman
United States District Court Judge
40 Centre Street Room 2002
New York, NY 10007


                             Re:  USA v. Jacob Chait
                                  Cr. No. 17 cr. 105

Dear Judge Furman:

       I am Mr. Chait's appointed attorney under the Criminal Justice Act.  Prior to my appointment, bail was set by the Magistrate Debra C. Freeman, on February 21, 2017, including a $500,000 personal recognizance bond, co-signed by two financially responsible individuals by March 3, 2017.  Mr. Chait has found one financially responsible person who has been approved as a co-signor on the bond.  However, he has run into some difficulties securing a second co-signor.  He, therefore, respectfully requests an additional 14 days to find a suitable co-signor.  Elizabeth Hanft, AUSA, has no objection to this request.  All other terms of Mr. Chait's bail set by Judge Freeman on February 21, 2017 to remain in full force and effect.

                                            Respectfully Submitted,
                                            s/
                                            Lorraine Gauli-Rufo, Esq.,
                                            Attorney for Defendant Jacob Chait

cc: Elizabeth Hanft, Esq., AUSA