LAW OFFICE OF
# LORRAINE GAULI-RUFO, ESQ.
## CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)

| NEW JERSEY OFFICE | | NEW YORK OFFICE |
|---|---|---|
| 130 POMPTON AVENUE |  | 48 WALL STREET, 5TH FLOOR |
| VERONA, NJ 07044 | | NEW YORK, NY 10005 |
| (973) 239-4300 | | (646) 779-2746 |

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

November 9, 2017

Hon. Jesse M. Furman
Thurgood Marshall
   United States Courthouse
40 Foley Square
New York, NY 10007

Re:  US v. Jacob Chait
17 Cr. 105 (JMF)

Dear Judge Furman,

As Your Honor is aware, Jacob Chait has been able to retain private counsel, and Carlos F. Ortiz, Esq., entered his appearance in this matter on October 27, 2017. As Your Honor is also aware, I was appointed under the Criminal Justice Act, 18 U.S.C. § 2006a ("CJA") to represent Mr. Chait in February of this year.  I write for clarification as to whether my services have concluded, and whether I am relieved as counsel from this case.  I note that I have met and conferred with Mr. Ortiz and copied and provided him with a copy of the file and all discovery that we have received to date (including the hard drives containing the digital evidence), and have given him information regarding Catalyst, the digital evidence company that was hosting our review of the digital evidence.  I will proceed in any way Your Honor deems appropriate.

Respectfully submitted,
s/
Lorraine Gauli-Rufo
Attorney for Jacob Chait

cc:  Elizabeth Hanft, AUSA
    Richard Udell, AUSA
    Carlos F. Ortiz, Esq.