LAW OFFICE OF

# LORRAINE GAULI-RUFO, ESQ.
### CERTIFIED CRIMINAL TRIAL ATTORNEY
### (LGR LAW, LLC)

NEW JERSEY OFFICE  NEW YORK OFFICE
130 POMPTON AVENUE 48 WALL STREET, 5TH FLOOR
VERONA, NJ 07044 NEW YORK, NY 10005
(973) 239-4300 (646) 779-2746

LGAULIRUFO@GMAIL.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

November 9, 2017

Hon. Jesse M. Furman
Thurgood Marshall
   United States Courthouse
40 Foley Square
New York, NY 10007

                      Re:  US v. Jacob Chait
                          17 Cr. 105 (JMF)

Dear Judge Furman,

     Your Honor, I am in receipt of Your Honor's Order requiring all parties to appear in Court on Wednesday, November 15, 2017 at 3:30 p.m.  I am writing to respectfully request that Your Honor consider holding the hearing on Monday, November 13, 2017, or a date after November 20, 2107, when Your Honor's schedule permits.  I am going to be away from November 14, 2017 (in the late afternoon) until Sunday, November 19, 2017. I have communicated with all parties and with Mr. Chait, and everyone is available on Monday, November 13, 2017.  Thank you for considering this request.

                                            Respectfully submitted,
                                            s/
                                            Lorraine Gauli-Rufo
                                            Attorney for Jacob Chait

cc:  Elizabeth Hanft, AUSA
     Richard Udell, AUSA
     Carlos F. Ortiz, Esq.