```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA             :

          -v-                                     :          17-CR-105 (JMF)

JACOB CHAIT,                              :          <u>SCHEDULING ORDER</u>

                  Defendant.     :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Trial in this case is scheduled for **February 5, 2018** at **9:30 a.m.**

      It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **January 26, 2018**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **January 29, 2018**.

      In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

      It is further ORDERED that the parties appear for a final pretrial conference on **February 1, 2018**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

      The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

      SO ORDERED.

Dated: December 21, 2017
       New York, New York

                                                 JESSE M. FURMAN
                                                United States District Judge