

*Phone:*  (609) 750-2641
*Fax:*    (609) 897-7282
*Email:*  COrtiz@BlankRome.com

January 10, 2018

**VIA ECF**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Jacob Chait, 17-cr-105 (JMF)

Dear Judge Furman:

Pursuant to Your Honor's Order dated December 21, 2017, we write to inform the Court that Mr. Chait has reimbursed Criminal Justice Act ("CJA") Services for the funds expended on his behalf from August 1, 2017 through September 6, 2017.[1]

On December 21, 2017, we contacted Mr. Chait's prior CJA counsel, Ms. Gauli-Rufo, to inquire about the legal fees and expenses expended on Mr. Chait's behalf from August 1, 2017 through the time already submitted for payment. Ms. Gauli-Rufo's office replied on December 26, 2017 and informed us that attorney and paralegal time for Mr. Chait's matter plus expenses totaled $1,931.15. On January 8, 2018, a check was delivered to the Clerk's office of the Court, located at the 500 Pearl Street, Intake Window for the full amount of $1,931.15. As such, we understand that our client has complied with Your Honor's Order.

We remain available should Your Honor have any questions or need any further information regarding this payment.

Respectfully submitted,

*/s/ Carlos F. Ortiz*

CARLOS F. ORTIZ

cc:  All Counsel of Record (*via ECF*)

---

[1] CJA Services was previously reimbursed for costs and expenses from September 6, 2017, the date private insurance assumed coverage, until the substitution of private counsel.

The Chrysler Building   405 Lexington Avenue   New York, NY   10174-0208
www.BlankRome.com

Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington