# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174-0208
blankrome.com

*Phone:*  (212) 885-5571
*Fax:*    (917) 332-3028
*Email:*  ASvensson@BlankRome.com

January 26, 2018

**VIA FEDEX**

Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom 1105
New York, NY 10007

Re:   **United States v. Jacob Chait, 17-cr-105 (JMF)**

Dear Judge Furman:

    Your Honor has scheduled a hearing in the above-captioned matter for January 29, 2018 at 4:00 p.m.  Because Defendant Jacob Chait lives and works in California, we hereby request that he be permitted to attend the hearing via telephone instead of in person.  AUSA Elizabeth Anna Hanft has indicated that the Government does not object to this request and Mr. Chait has consented to this request.

    Respectfully submitted,

    */s/ Anna K. Svensson*
    Anna K. Svensson