```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

       - v. -                       :

JACOB CHAIT,                       :

                Defendant.   :
- - - - - - - - - - - - - - - - - x

**INFORMATION**

S1 17 Cr. 105 (JMF)

## COUNT ONE

The United States Attorney charges:

1. In or about October 2009, in the Southern District of New York and elsewhere, JACOB CHAIT, the defendant, did sell and offer for sale, and attempt to sell and offer for sale, and cause to be sold and offered for sale, an endangered species, to wit, the head of a black rhinoceros, in interstate and foreign commerce, and did aid and abet such sale, in violation of Title 16, United States Code, Sections 1538(a)(1)(F) & (g) and 1540(b).

(Title 16, United States Code, Sections 1538 and 1540; Title 18, United States Code, Section 2.)

*[signature]*
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JACOB CHAIT,

Defendant.

INFORMATION

S1 17 Cr. 105 (JMF)

(16 U.S.C. §§ 1538, 1540; 18 U.S.C. § 2.)

GEOFFREY S. BERMAN
United States Attorney.